IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-196-D
No. 5:16-CV-236-D

| | |
|---|---|
| KIMBLE DWEESE JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This case is placed in abeyance pending a decision by the United States Court of Appeals for the Fourth Circuit in United States v. Thompson, No. 15-4685. Once the decision in Thompson issues, the parties shall file supplemental briefs with the court within ten days discussing how the decision affects Kimble Dweese Jones's motion to vacate, set aside, or correct his sentence [D.E. 66]. The supplemental briefs shall not exceed ten pages. The parties may file responses to the supplemental briefs within seven days. The responses shall not exceed five pages.

SO ORDERED. This 29 day of September 2017.

JAMES C. DEVER III
Chief United States District Judge